## McCubbin, Appellant, *v.* Great American Insurance Company.
## McCubbin, Appellant, *v.* St. Paul Fire and Marine Insurance Company.

Argued June 14, 1968. *Leigh B. Maxwell,* for appellant; *Zygmunt R. Bialkowski,* with him *Bialkowski, Bialkowski and Bialkowski,* for appellees.
Order affirmed.

## McCullough *v.* McCullough, Appellant.

Argued June 12, 1968. *Daniel L. Quinlan, Jr.,* for appellant; *Thomas E. Waters, Jr.,* with him *Waters, Fleer, Cooper & Gallager,* for appellee.

OPINION PER CURIAM: Order and decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.